Order entered October 4, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-00082-CV

---

#### YVONNE BROWN, Appellant

V.

#### BUCKINGHAM, CAMDEN, Appellee

---

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-11-07753-B**

---

## ORDER

The Court **DENIES** appellant's October 1, 2012 motion to extend time to file a motion for rehearing. On August 29, 2012, the Court denied appellant's July 25, 2012 motion for rehearing without changing either the opinion or judgment. Under these circumstances, appellant is not entitled to file a second motion for rehearing. *See* TEX. R. APP. P. 49.5.


_____
CAROLYN WRIGHT
CHIEF JUSTICE